

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | Case No.: 08-80228 MISC VRW |

Stephine M. Wells - #113148

_____/

### ORDER TO SHOW CAUSE

It appearing that Stephine M. Wells has been suspended for two years by the Supreme Court of California effective September 12, 2008. She has been placed on probation with conditions for three years.

**IT IS ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why she should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

**NOV 2 4 2008**

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Stephine M. Wells
Attorney at Law
775 East Blithedale, #374
Mill Valley, CA 94941