IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:   No CV-08-80228 MISC VRW

Stephine M Wells,   ORDER

    State Bar No 113148

_____/

    On November 24, 2008, the court issued an order to show cause (OSC) why Stephine M Wells should not be removed from the roll of attorneys authorized to practice law before this court based on her suspension by the California State Bar, effective September 12, 2008.

    Ms Wells has submitted a response to the OSC but has requested an extension of time to respond more fully.

    The court grants Ms Wells an extension of time to January 30, 2009 to submit a more complete response to the OSC.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge