**FILED**

MAR 19 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-08-80228 MISC VRW |
| Stephine M Wells, | ORDER |
| State Bar No 113148 | |

On December 31, 2008, the court granted Stephine M Wells an extension of time to January 30, 2009, to respond more fully to the pending order to show cause. As of this date, no response has been filed.

The court now orders Stephine M Wells removed from the roll of attorneys authorized to practice before this court until such time as she provides proof that she has been reinstated to active status by the State Bar of California.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

STEPHINE M WELLS,

_____/

Case Number: C08-80228 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephine M. Wells
775 East Blithedale, #374
Mill Valley, CA 94941

Dated: March 19, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*