**FILED**

JUL 31 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                      No CV-08-80228 MISC VRW

Stephine M Wells,
                                            ORDER
    State Bar No 113148
_____/

        On June 16, 2009, Stephine M Wells submitted a further response to the court's November 24, 2008, order to show cause. Doc #5. This further response describes the circumstances surrounding the State Bar's disciplinary actions against Ms Wells and requests a hearing before this court.

        A hearing is not appropriate as this court may not direct the action of the State Bar of California in Ms Wells' proceeding in that body.

        Until such time as Ms Wells provides proof that she has been reinstated to active status by the State Bar of California she is not entitled to practice before this court.

    IT IS SO ORDERED.



VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: STEPHINE M WELLS et al,

    Plaintiff,

v.

IN RE: STEPHINE M WELLS et al,

    Defendant.
    _____/

Case Number: CV08-80228 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephine M. Wells
775 East Blithedale, #374
Mill Valley, CA 94941

Dated: July 31, 2009

                      Richard W. Wieking, Clerk
                      By: Cora Klein, Deputy Clerk